FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

2006 MAR 22 P 1: 32

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

LISE ST. CYR and
JACQUES ST. CYR,

    Plaintiffs,

vs.

                                              Case No. 3:06-cv-13-J-20TEM

FLYING J, INC.,

    Defendant.
_____/

## ORDER

Before the Court is Defendant Flying J, Inc.'s Motion to Dismiss and Motion for More Definitive Statement (Doc. No. 3, filed January 5, 2006), which was filed in the Circuit Court of the Seventh Judicial Circuit in and for St. Johns County and then subsequently removed to this Court. Plaintiffs have not responded to Defendant's Motion. Accordingly, Defendant shall within eleven (11) days of this Order file a motion to withdraw the Motion to Dismiss and Motion for More Definitive Statement. However, if the Motion is not withdrawn, Plaintiff shall then have eleven (11) days to file an opposition.

**DONE AND ENTERED** at Jacksonville, Florida this 22__ day of March, 2006.

                                                  HARVEY E. SCHLESINGER
                                                  United States District Judge

**Copies to:**
David A. Comras, Esq.
Christopher E. Knight, Esq.
Michael J. Drahos, Esq.
Garry Randolph, CRD