```
               UNITED STATES DISTRICT COURT
                MIDDLE DISTRICT OF FLORIDA
                   JACKSONVILLE DIVISION
```

LISE ST. CYR AND JACQUES ST. CYR,

        Plaintiffs,

v.                                  Case No.   3:06-cv-13-J-33TEM

FLYING J INC.,

        Defendant.

_____/

### ORDER

This cause comes before the Court pursuant to Plaintiffs' Motion to Strike Defendant's Motions in Limine Filed as Documents Numbered 79, 80, 81, 82, 83, 86, and 87 as Untimely (Doc. # 92) filed on August 29, 2007.

After due consideration, this Court denies Plaintiffs' motion to strike. Although the Court agrees that Defendant has filed numerous motions in limine past the deadline given in this Court's Case Management and Scheduling Order (Doc. # 17), this Court finds that the parties and the jury will be served by the adjudication of the issues presented in the disputed motions in limine prior to the trial.

The parties have demonstrated to this Court that there are many pretrial issues to be resolved prior to trial. Accordingly, this Court declines to strike the untimely motions filed by Defendant, and will extend the deadline for filing motions in limine.

From this day forward, this Court will consider motions in limine (filed in compliance with Local Rule 3.01(g), M.D. Fla. and all other Local Rules) up to the day of trial.  This Court will adjudicate any unresolved motions still pending on the morning of trial during a short hearing prior to jury selection.

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED** that:

(1) Plaintiffs' Motion to Strike Defendant's Motions in Limine Filed as Documents Numbered 79, 80, 81, 82, 83, 86, and 87 as Untimely (Doc. # 92) is **DENIED.**

**DONE** and **ORDERED** in Chambers, in Jacksonville, Florida, this 6th day of September, 2007.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:

All Counsel of Record